UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 14-198 (MJD/FLN)

UNITED STATES OF AMERICA,

          Plaintiff,                               **DEFAULT JUDGMENT AND**
**FINAL ORDER OF**
v.                                       **FORFEITURE**

$138,121.00 IN U.S. CURRENCY,

          Defendant.

Based on the motion of the United States for an order: (1) granting default judgment against Robert L. Casteel and all unknown persons and entities who have failed to file a verified claim to the defendant currency and answer to the Complaint for Forfeiture *In Rem*; and (2) for a Final Order of Forfeiture as to the defendant currency; and based on all the files and records in this action, and on Court's finding as follows that:

1.      A Verified Complaint for Forfeiture *In Rem* with Verification by Travis W. Hamblen, Special Agent, Homeland Security Investigations (HSI), was filed on January 21, 2014, alleging that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2.      A Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on January 22, 2014, directing the U.S. Department of Homeland Security to arrest the defendant currency and to serve all persons thought to have a potential interest in the defendant currency with a copy of the Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem*;

3.      On January 27, 2014, a Notice of Judicial Forfeiture Proceedings, the Verified Complaint for Forfeiture *In Rem* with Verification by Travis W. Hamblen, and the Warrant of Arrest and Notice *In* Rem, was sent by certified mail to Robert L. Casteel, at two separate addresses, and to Robert L. Casteel, c/o Richard C. Stone, 24072 Myrtle Street, Hayward, CA 94541.  Richard C. Stone had previously notified the government that he represented Robert Casteel with respect to the seizure of the defendant currency;

4.      Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 26, 2014;

5.      No verified claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.      The motion of the United States for a default judgment and final order of forfeiture (Docket No. 5) is GRANTED;

2.      A default judgment is entered against Robert L. Casteel and all unknown persons and entities having an interest in the defendant currency for failure to file a verified statement of interest in or right against the defendant currency and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A) and (B), and Rule G(5) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions; and

3.      The defendant $138,121.00 IN U.S. CURRENCY is forfeited to the United

States pursuant to 21 U.S.C. § 881(a)(6) for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:   May 28, 2014                          s/ Michael J. Davis
                                               Michael J. Davis, Chief Judge
                                               United States District Court